# EXHIBIT A

Exhibit "A"- Specifics of Claims in Counts One and Two

Claims of Clementina and Seven Seas against Maersk Defendants, John Doe Defendants and
Vessels REECON WHALE, K-WAVE, MAERSK VIRGINIA, CAMELLIA, WESTERTAL,
CONCORDIA, MAERSK DAVAO, MAERSK DENPASAR, CMA-CGM LAVENDER, AND
CMA CGM CORAL
Port of Loading; Agadir
Port of Discharge: Newark

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure/ Loading Date | Estimated Delivery/ Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| MWCU 6634163 | Maersk 555608093 | 1084 | Clementina/ Seven Seas | 7680 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 21, 2011 | Dec. 21, 2011 | $7,537.20 |
| PONU 4862689 | Maersk 555608089 | 1084 | Clementina/ Seven Seas | 7720 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 21, 2011 | Dec. 21, 2012 | $7,716.80 |
| MWCU68 35785 | Maersk 555731661 | 1089 | Clementina/ Seven Seas | 7560 Pkgs Clementines | "REECON WHALE" / "CAMELLIA" | Dec. 2, 2011 | Feb. 2, 2012 | $37,224.86 |
| MWCU66 37239 | Maersk 555731666 | 1089 | Clementina/ Seven Seas | 8200 Pkgs Clementines | "REECON WHALE" / "CAMELLIA" | Dec. 2, 2011 | Feb. 2, 2012 | $9,420.00 |
| MWCU62 77235 | Maersk 555845358 | 1101 | Clementina/ Seven Seas | 7680 Pkgs Clementines | "REECON WHALE" / "WESTERTAL" | Dec. 24, 2011 | Feb. 15, 2012 | $17,863.90 |
| MWCU66 26466 | Maersk 555986456 | 1104 | Clementina/ Seven Seas | 8280 Pkgs Clementines | "CONCORDIA" / "MAERSK DAVAO" | Dec. 26, 2011 | Feb. 8, 2012 | $19,620.90 |
| MWMU64 13286 | Maersk 555986464 | 1104 | Clementina/ Seven Seas | 8150 Pkgs Clementines | "CONCORDIA" / "MAERSK DENPASAR" | Dec. 26, 2011 | Jan. 27, 2012 | $6,156.00 |
| MWCU67 56644 | Maersk 556007463 | 1105 | Clementina/ Seven Seas | 1400 Pkgs Clementines | "REECON WHALE" / "CMA CGM LAVENDER" | Jan 2, 2012 | Jan. 31, 2012 | $16,445.00 |

| MWCU68 25956 | Maersk 556007462 | 1105 | Clementina/ Seven Seas | 1400 Pkgs Clementines | "REECON WHALE" / "CMA CGM LAVENDER" | Jan 2, 2012 | Jan. 31, 2012 | $11,387.00 |
|---|---|---|---|---|---|---|---|---|
| MWCU52 67171 | Maersk 556098930 | 1111 | Clementina/ Seven Seas | 7920 Pkgs Clementines | "REECON WHALE" / "MAERSK DAVAO" | Jan. 12, 2012 | Feb. 20, 2012 | $11,783.10 |
| MWCU67 24570 | Maersk 556146673 | 1113 | Clementina/ Seven Seas | 7800 Pkgs Clementines | "CMA CGM CORAL" | Jan. 22, 2012 | Feb. 20, 2012 | $19,620.90 |
| Total | | | | | | | | $164,775.66 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| SCAC | MAEU |
|---|---|
| B/L No. | 555608093 |

**Shipper**
STATION CLEMENTINA
BP: 20501 AGADIR 80000 MAROC
TEL (212) 528 21 60 06
FAX (212 )528 21 88 88

| Booking No. |
|---|
| 555608093 |

| Export references | | Svc Contract |
|---|---|---|
| | | 553254 |

**Consignee**
Tom Lange Company International
DBA Seven Seas Fruit One Woodbridge Center
Suite # 205 Woodbridge, NJ 07095
TEL 732 634 3299   FAX  732 634 1109

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
BARTHCO INTERNATIONAL
The Navy Yard 5101 S,
Broad St Philadelphia, PA 19112
TEL +1 215 238 8600
FAX +1 215 238 8570

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1, for account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| REECON WHALE | 1105 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| Agadir | Newark |

Place of Delivery. Applicable only when document used as Multimodal Waybill

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7680 COLIS<br><br>CLEMENTINE<br><br>SH : 0805200010<br>NET WEIGHT: 17664.00 KGS<br><br><br>MWCU6634163  ML-MA0439840  40 REEF 9'6  7680 COLIS   20430.000 KGS  34.000 CBM | 20430.000 KGS | 34.000 CBM |

Temperature: 0.0 C
Shipper Seal : N
Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Agadir | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled " Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-11-24 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

This transport document has one or more numbered attachments

Maersk Maroc, S.A.
As Agent(s) for the Carrier

COPY

the right to complete cold treatment procedure if cold treatment has failed in the first
instance and where the practical storage life of the commodity allows Carrier to complete
cold treatment and Merchant agrees to take delivery of the container/commodity when the
extended cold treatment has been completed.  Further Merchant agrees to hold harmless
and indemnify carrier for any and all consequences arising from or out of goods being
carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 555608089 |

Shipper
STATION CLEMENTINA
BP: 20501 AGADIR 80000 MAROC
TEL (212) 528 21 60 06
FAX (212 )528 21 88 88

Booking No.
555608089

Export references

Svc Contract
553254

Consignee
Tom Lange Company International
DBA Seven Seas Fruit One Woodbridge Center
Suite # 205 Woodbridge, NJ 07095
TEL 732 634 3299   FAX  732 634 1109

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

Notify Party
BARTHCO INTERNATIONAL
The Navy Yard 5101 S,
Broad St Philadelphia, PA 19112
TEL +1 215 238 8600
FAX +1 215 238 8570

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| REECON WHALE | 1105 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| AGADIR | Newark |

Place of Delivery. Applicable only when document used as Multimodal Waybill

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7720 COLIS<br><br>CLEMENTINE<br><br>SH :  0805200010<br>NET WEIGHT: 17756.000 KGS<br><br>PONU4862689  ML-MA0412065  40 REEF 9'6  7720 COLIS  20743.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold harmless and indemnify carrier for any and all consequences arising from or out of goods being | 20743.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

Carrier's Receipt. Total number of containers or packages received by Carrier.
  1 container

Place of Issue of Waybill
Agadir

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt"

Shipped on Board Date ( Local Time )
2011-11-24

Date Issue of Waybill

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

Maersk Maroc, S.A.
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

COPY

carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# MAERSK LINE
# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC **MAEU**

B/L No. 555845358

Shipper
STATION CLEMENTINA
BP 20501 AGADIR 80000 MAROC
TEL (212) 528 21 50 06
FAX (212) 52821 88 88

Booking No.
555845358

Export references

Svc Contract
553254

Consignee
TOM LANGE COMPANY INTERNAITONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE #205 WOODBRIDGE, NJ 07095
TEL : 732 634 3299
FAX : 732 634 1109

Notify Party
BARTHCO INTERNATIONAL
THE NAVY YARD 5101 S. BROAD ST. PHILADELPHIA
PA 19112 TEL : +1 215 238 8500
FAX : +1 215 238 8570

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage to Bahoui in clause 1, for account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| REECON WHALE | 1109 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| Agadir | Newark |

Place of Delivery. Applicable only when document used as Multimodal Waybill

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 20685.000 KGS | 34.000 CBM |

1 Container Said to Contain 7680 COLIS

CLEMENTINE
NW : 17664 KG
SH : 0805200010

MWCU6777235  ML-MA044S479  40 REE... ...80...000 KGS  34.000 CBM
Temperature: 0.0 C
Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill |
|---|---|
| 1 Container | Agadir |
| Shipped on Board Date (Local Time) | Date of Issue of Waybill |
| 2011-12-26 | 2012-01-12 |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of USD | |

Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt".

AGENT
DE MAERSK
LINE

AGADIR

Maersk Maroc, S.A.
As Agents for the Carrier

This transport document has one or more numbered pages

COPY

2011A1   002988470

# MAERSK LINE
# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC  MAEU

B/L No. 555986456

| | |
|---|---|
| Shipper<br>STATION CLEMENTINA<br>BP: 20501 AGADIR 80000 MAROC<br>TEL   (212) 528 21 60 06<br>FAX   (212 )528 21 88 88 | Booking No.<br>555986456 |
| | Export references                         Svc Contract |

Consignee
Tom Lange Company International DBA
Seven Seas Fruit
One Woodbridge Center Suite # 205
Woodbridge, NJ 07095
TEL    732 634 3299 FAX  732 634 1109

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Notify Party
BARTHCO INTERNATIONAL
The Navy Yard 5101 S, Broad St
Philadelphia, PA 19112
TEL    +1 215 238 8600
FAX    +1 215 238 8570

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel<br>CONCORDIA | Voyage<br>1151 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading<br>Agadir | Port of Discharge<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 8280 COLIS<br><br>CLEMENTINES<br>NET WEIGHT: 19044.00<br><br>SH: 0805200010<br><br>MWCU6626466  ML-MA0442201  40 REEF 9'6  8280 COLIS  22365.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>Goods carried under this bill of lading are subject to cold treatment for which a fee is<br>being charged.  For such goods, carrier undertakes to exercise due diligence to provide<br>properly approved containers and temperature measuring and recording devices.  Carrier<br>retains the right to complete cold treatment procedure if cold treatment has failed in the<br>first instance and where the practical storage life of the commodity allows Carrier to<br>complete cold treatment and Merchant agrees to take delivery of the commodity/commodity<br>when the extended cold treatment has been completed.  Further Merchant agrees to hold<br>harmless and indemnify carrier for any and all consequences arising from or out of goods | 22365.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>The Woodlands | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill<br>2012-02-01 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | AGENT DE MAERSK LINE (2)<br>Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line |

This transport document has one or more numbered pages

Maersk Agency U.S.A., Inc - Woodlands
As Agent(s) for the Carrier

# EXHIBIT B

Exhibit "B" Specifics of Claims in Counts Three and Four

Claims of El Boura and Seven Seas. against Maersk, John Doe Defendants and Vessels REECON
WHALE, K-WAVE, MAERSK VIRGINIA, CAMELLIA, WESTERTAL, CONCORDIA,
MAERSK DAVAO, MAERSK DENPASAR, CMA-CGM LAVENDER, AND LIWIA P
Port of Loading: Agadir
Port of Discharge: Newark

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure /Loading Date | Estimated Delivery/ Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| MWCU 5309488 | Maersk 555586699 | 1083 | El Boura/ Seven Seas | 2640 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 19, 2011 | Dec. 20, 2011 | $5,726.70 |
| MWCU 6664300 | Maersk 555586746 | 1083 | El Boura/ Seven Seas | 1400 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 19, 2011 | Dec. 20, 2011 | $ 6,334.30 |
| MNBU 0026694 | Maersk 555734084 | 1092 | El Boura/ Seven Seas | 7960 Pkgs Clementines | "REECON WHALE" / "CAMELLIA" | Dec. 6, 2011 | Jan. 24, 2012 | $9,739.40 |
| MWCU 5203135 | Maersk 555856153 | 1102 | El Boura/ Seven Seas | 7940 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 20, 2011 | Jan. 27, 2012 | $15,487.95 |
| MWCU 6108359 | Maersk 555856151 | 1102 | El Boura/ Seven Seas | 1400 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 19, 2011 | Jan. 27, 2012 | $22,400.00 |
| MWCU 6556456 | Maersk 555856154 | 1102 | El Boura/ Seven Seas | 7920 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 19, 2011 | Feb. 8, 2012 | $27,119.50 |
| MWCU 6848606 | Maersk 555856148 | 1102 | El Boura/ Seven Seas | 1400 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 19, 2011 | Feb. 11, 2012 | $23,426.90 |

| MWCU 6877395 | Maersk 555856120 | 1102 | El Boura/ Seven Seas | 7920 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 21, 2011 | Jan. 27, 2012 | $14,586.15 |
|---|---|---|---|---|---|---|---|---|
| PONU 4827230 | Maersk 555856146 | 1102 | El Boura/ Seven Seas | 1400 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 19, 2011 | Feb 8, 2012 | $34,334.30 |
| PONU 4979910 | Maersk 555856115 | 1102 | El Boura/ Seven Seas | 7940 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 19, 2011 | Feb 11, 2012 | $8,377.50 |
| MWCU 6623493 | Maersk 555993658 | 1103 | El Boura/ Seven Seas | 7960 Pkgs Clementines | "CONCORDI A" / "MAERSK DAVAO" | Dec. 27, 2011 | Feb. 7, 2012 | $33,088.31 |
| PONU 4824668 | Maersk 555993674 | 1103 | El Boura/ Seven Seas | 7960 Pkgs Clementines | "CONCORDI A" / "MAERSK DENPASAR " | Dec. 27, 2011 | Jan. 27, 2012 | $ 2,512.40 |
| MWCU 6578780 | Maersk 556017319 | 1108 | El Boura/ Seven Seas | 7980 Pkgs Clementines | "REECON WHALE" / "CMA CGM LAVENDER " | Jan. 6, 2012 | Feb. 11, 2012 | $28,852.90 |
| MWCU 6579615 | Maersk 556037531 | 1108 | El Boura/ Seven Seas | 7960 Pkgs Clementines | "REECON WHALE" / "LIWIA P" | Jan. 6, 2012 | Feb.6,201 2 | $ 6,203.40 |
| MWMU 6328749 | Maersk 556037457 | 1108 | El Boura/ Seven Seas | 7660 Pkgs Clementines | "REECON WHALE" / "LIWIA P" | Jan 6, 2012 | Feb. 20, 2012 | $10,355.50 |
| MWMU 6391839 | Maersk 556107934 | 1110 | El Boura/ Seven Seas | 7680 Pkgs Clementines | "REECON WHALE" / "MAERSK DAVAO" | Jan 12, 2012 | Feb. 24, 2012 | $3,425.50 |
| PONU 4853389 | Maersk 556107951 | 1110 | El Boura/ Seven Seas | 7820 Pkgs Clementines | "REECON WHALE" / "MAERSK DAVAO" | Jan 12, 2012 | Feb. 8, 2012 | $4,509.25 |
| Total | | | | | | | | $256,479.96 |

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC  MAEU |
| | | B/L No. 555586699 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MAROC
TEL:BP:(212) 28 85 24 43
FAX:(212 )28 85 23 06

**Booking No.**
555586699

**Export references**

**Svc Contract**
548431

**Consignee**
Tom Lange Company International DBA Seven Seas Fruit
One Woodbridge Center Suite # 205
Woodbridge, NJ 07095
TEL:732.634.1109 FAX:732.634.3299
E-mail :smarujo@tlcintl-sevenseas.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
BARTHCO INTERNATIONAL, Inc
The Navy Yard 5101 S, Broad Street
Philadelphia, PA 19112
TEL:215.238.8600 FAX:215.238.8570
E-mail:apannell@ohl.com

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| REECON WHALE | 1105 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| AGADIR | NEWARK | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| | 23804.000 KGS | 34.000 CBM |

1 Container Said to Contain 2640 PACKAGES

20 palettes
TANGERINE CLEMENTINE
NET WEIGHT: 20,856 KGS

MWCU5309488  ML-MA0439797  40 REEF 9'6  2640 PACKAGES  23804.000 KGS  34.000 CBM
Temperature: 0.0 C
Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold harmless and indemnify carrier for any and all consequences arising from or out of goods being

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
| 1 container | Agadir | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-11-24 | 2011-11-28 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Mærsk trading as Maersk Line

**Maersk Maroc, S.A.**
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

COPY

B/L: 555586699   Attachment No.:

carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# ✴ MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 555586746 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MAROC
TEL:BP:(212) 28 85 24 43
FAX:(212 )28 85 23 06

Booking No.
555586746

Export references

Svc Contract
548431

**Consignee**
Tom Lange Company International DBA Seven Seas Fruit
One Woodbridge Center Suite # 205
Woodbridge, NJ 07095
TEL:732.634.1109 FAX:732.634.3299
E-mail :smarujo@tlcintl-sevenseas.com

**Notify Party**
BARTHCO INTERNATIONAL, Inc
The Navy Yard 5101 S, Broad Street
Philadelphia, PA 19112
TEL:215.238.8600 FAX:215.238.8570
E-mail:apannell@ohl.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the Carrier, its agents and on www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| REECON WHALE | 1105 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| AGADIR | NEWARK, USA | |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1400 PACKAGES<br><br>20 palettes<br>TANGERINE CLEMENTINE<br>NET WEIGHT: 21,700<br><br>MWCU6664300  ML-MA0439799  40 REEF 9'6  1400 PACKAGES  24090.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold harmless and indemnify carrier for any and all consequences arising from or out of goods being | 24090.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| 1 container | Agadir | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-11-24 | 2011-11-28 | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

**Maersk Maroc, S.A.**
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

COPY

carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 555734084 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MAROC
TEL (212) 28 85 24 43
FAX(212 )28 85 23 06

**Booking No.**
555734084

**Export references**                    Svc Contract
                                                    548431

**Consignee**
Tom Lange Company International DBA Seven Seas Fruit
One Woodbridge Center
Suite # 205 Woodbridge, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-mail:smarujo@tlcintl-sevenseas.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
BARTHCO INTERNATIONAL, Inc
The Navy Yard 5101 S, Broad Street Philadelphia, PA 19112
TEL 215.238.8600 FAX 215.238.8570
E-mail apannell@ohl.com

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| REECON WHALE | 1107 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Agadir | Newark | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7960 PACKAGES<br><br>21 PALLETS TANGERINE CLEMENTINE<br><br>NET WEIGHT:18308 KGS<br><br>MNBU0026694  ML-MA0440978  40 REEF 9'6  7960 PACKAGES  23170.000 KGS  34.000 CBM<br>Temperature: 0.0 C | 23170.000 KGS | 34.000 CBM |

Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold harmless

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Agadir | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-11 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line |

This transport document has one or more numbered attachments

Maersk Maroc, S.A.
As Agent(s) for the Carrier

COPY

and indemnify carrier for any and all consequences arising from or out of goods being
carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| --- | --- | --- |
| | B/L No. | 555856153 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212)28 85 23 06

**Booking No.**
555856153

**Export references**

**Svc Contract**
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM

**Notify Party**
BARTHCO INTERNATIONAL,
INC THE NAVY YARD 5101 S,
BROAD STREET PHILADELPHIA, PA 19112
TEL 215.238.8600 FAX 215.238.8570
E-MAIL APANNELL@OHL.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| REECON WHALE | 1109 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| Agadir/MOROCCO | NEWARK / USA | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 7940 PACKAGES<br><br>TANGERINE CLEMENTINE<br>21 PALLETS<br><br>NET WEIGHT:18,262 KGS<br><br>MWCU5203135  ML-MA0441184  40 REEF 9'6  7940 PACKAGES  23866.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23866.000 KGS | 34.000 CBM |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | |
| --- | --- | --- |
| 1 container | Chennai | Shipped, as far as ascertained by reasonable means of checking, In apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
| --- | --- |
| 2011-12-26 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC  MAEU

B/L No.  555856151

| | |
|---|---|
| **Shipper**<br>DOMAINE ELBOURA<br>BP: 259 TAROUDANT 83000 MOROCCO<br>TEL (212) 28 85 24 43<br>FAX (212)28 85 23 06 | **Booking No.**<br>555856151 |

**Export references**

Svc Contract
548431

| | |
|---|---|
| **Consignee**<br>TOM LANGE COMPANY INTERNATIONAL<br>DBA SEVEN SEAS FRUIT<br>ONE WOODBRIDGE CENTER<br>SUITE # 205 WOODBRIDGE, NJ 07095<br>TEL 732.634.1109 FAX 732.634.3299<br>E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM | This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. |
| **Notify Party**<br>BARTHCO INTERNATIONAL,<br>INC THE NAVY YARD 5101 S,<br>BROAD STREET PHILADELPHIA, PA 19112<br>TEL 215.238.8600 FAX 215.238.8570<br>E-MAIL APANNELL@OHL.COM | Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence. |

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel<br>REECON WHALE | Voyage<br>1109 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Port of Loading<br>Agadir/MOROCCO | Port of Discharge<br>NEWARK / USA | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1400 PACKAGES<br><br>TANGERINE CLEMENTINE<br>20 PALLETS<br><br>NET WEIGHT:22,400 KGS<br><br>MWCU6108359  ML-MA0441187  40 REEF 9'6  1400 PACKAGES  24875.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 24875.000 KGS | 34.000 CBM |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

# ✦ MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC MAEU |
| --- | --- |
| | B/L No. 555856154 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212)28 85 23 06

**Booking No.**
555856154

**Export references**

**Svc Contract**
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE , NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM

**Notify Party**
BARTHCO INTERNATIONAL, INC THE NAVY YARD 5101 S,
BROAD STREET PHILADELPHIA, PA 19112
TEL 215.238.8600
FAX 215.238.8570
E-MAIL APANNELL@OHL.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel REECON WHALE | Voyage 1109 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| Port of Loading Agadir/MOROCCO | Port of Discharge NEWARK / USA | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 7920 PACKAGES<br><br>TANGERINE CLEMENTINE<br>21 PALLETS<br><br>NET WEIGHT:18,216 KGS<br><br>MWCU6556456  ML-MA0441183  40 REEF 9'6  7920 PACKAGES  23828.000 KGS  34.0000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23828.000 KGS | 34.0000 CBM |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| --- | --- | --- |
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

# MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 555856148 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212)28 85 23 06

**Booking No.**
555856148

**Export references**

Svc Contract
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).      To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

**Notify Party**
BARTHCO INTERNATIONAL,
INC THE NAVY YARD 5101 S,
BROAD STREET PHILADELPHIA, PA 19112
TEL 215.238.8600 FAX 215.238.8570
E-MAIL APANNELL@OHL.COM

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage |
|---|---|
| REECON WHALE | 1109 |

Place of Receipt. Applicable only when document used as Multimodal Waybill

| Port of Loading | Port of Discharge |
|---|---|
| Agadir/MOROCCO | NEWARK / USA |

Place of Delivery. Applicable only when document used as Multimodal Waybill

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1400 PACKAGES<br><br>TANGERINE CLEMENTINE<br>20 PALLETS<br><br>NET WEIGHT:22400<br><br>MWCU6848606  ML-MA0441185  40 REEF 9'6  1400 PACKAGES  25305.000 KGS  34.0000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 25305.000 KGS | 34.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

# ★ MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|
| | B/L No. | 555856120 |

| **Shipper** | **Booking No.** |
|---|---|
| DOMAINE ELBOURA<br>BP: 259 TAROUDANT 83000 MOROCCO<br>TEL (212) 28 85 24 43<br>FAX (212)28 85 23 06 | 555856120 |

| **Export references** | **Svc Contract** |
|---|---|
| | 548431 |

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
BARTHCO INTERNATIONAL,
INC THE NAVY YARD 5101 S,
BROAD STREET PHILADELPHIA, PA 19112
TEL 215.238.8600 FAX 215.238.8570
E-MAIL APANNELL@OHL.COM

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** | **Voyage** | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| REECON WHALE | 1109 | |

| **Port of Loading** | **Port of Discharge** | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Agadir/MOROCCO | NEWARK / USA | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Sald to Contain 7920 PACKAGES<br><br>TANGERINE CLEMENTINE<br>21 PALLETS<br><br>NET WEIGHT: 18216<br><br>MWCU6877395  ML-MA0432837  40 REEF 9'6  7920 PACKAGES  23988.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23988.000 KGS | 34.000 CBM |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 555856146 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212)28 85 23 06

**Booking No.**
555856146

**Export references**

**Svc Contract**
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM

**Notify Party**
BARTHCO INTERNATIONAL,
INC THE NAVY YARD 5101 S,
BROAD STREET PHILADELPHIA, PA 19112
TEL 215.238.8600 FAX 215.238.8570
E-MAIL APANNELL@OHL.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** REECON WHALE | **Voyage** 1109 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| **Port of Loading** Agadir/MOROCCO | **Port of Discharge** NEWARK / USA | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1400 PACKAGES<br><br>TANGERINE CLEMENTINE<br>20 PALLETS<br><br>NET WEIGHT:22400 KGS<br><br>PONU4827230  ML-MA0441186  40 REEF 9'6  1400 PACKAGES  24787.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 24787.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | Signed for the Carrier A.P. Møller - Mærsk trading as Maersk Line<br><br><br>_____<br>As Agent(s) for the Carrier |

VERIFY COPY

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| --- | --- | --- |
| | B/L No. | 555856115 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212)28 85 23 06

**Booking No.**
555856115

**Export references**

**Svc Contract**
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
E-MAIL: SMARUJO@TICINTL-SEVENSEAS.COM

**Notify Party**
BARTHCO INTERNATIONAL, INC
THE NAVY YARD 5101 S,
BROAD STREET PHILADELPHIA, PA 19112
TEL 215.238.8600
FAX 215.238.8570
E-MAIL APANNELL@OHL.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)**

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| REECON WHALE | 1109 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Agadir/MOROCCO | NEWARK / USA | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 7940 PACKAGES<br><br>TANGERINE CLEMENTINE<br>21 PALLETS<br><br>NET WEIGHT: 18262<br><br>PONU4979910  ML-MA0441189  40 REEF 9'6  7940 PACKAGES  23275.000 KGS  34.0000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23275.000 KGS | 34.0000 CBM |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| --- | --- | --- |
| 1 container | Chennai | |
| **Shipped on Board Date ( Local Time )**<br>2011-12-26 | Date Issue of Waybill | |
| **Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$** | | Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line |
| | | As Agent(s) for the Carrier |

# ✺ MAERSK LINE

| | |
|---|---|
| **NON-NEGOTIABLE WAYBILL** | SCAC **MAEU** |
| | B/L No. 555993658 |

**Booking No.**
555993658

Export references

Svc Contract
548431

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212 )28 85 23 06

**Consignee**
Tom Lange Company International DBA Seven Seas Fruit, One
Woodbridge CenterSuite #205
Woodbridge, NJ 07095
TEL 732.634.1109
FAX 732.634.3299
EMAIL smarujo@tlcintl-sevenseas.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
BARTHCO INTERNATIONAL INC
THE NAVY YARD 5101 S,BROAD STREET
PHILADELPHIA, PA 19112
TEL : 215.238.8600 FAX : 215.238.8570
EMAIL : APANNELL@OHL.COM

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel**<br>CONCORDIA | **Voyage**<br>1151 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| **Port of Loading**<br>Agadir | **Port of Discharge**<br>NEWARK, USA | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Sald to Contain 7960 PACKAGES<br><br>TANGERINE CLEMENTINE<br><br>21 PALLETS<br><br>NET WEIGHT:18308 KGS<br><br>MWCU6623493  ML-MA0442005  40 REEF 9'6  7960 PACKAGES  23778.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>Shipper Seal : 0442005<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23778.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2011-12-29 | Date Issue of Waybill | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

VERIFY COPY

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 555993674 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212 )28 85 23 06

Booking No.
555993674

Export references
Svc Contract
548431

**Consignee**
Tom Lange Company International DBA Seven Seas Fruit, One
Woodbridge CenterSuite #205
Woodbridge, NJ 07095
TEL 732.634.1109
FAX 732.634.3299
EMAIL smarujo@tlcintl-sevenseas.com

**Notify Party**
BARTHCO INTERNATIONAL, Inc
The Navy Yard 5101 S, Broad Street Philadelphia, PA 19112
TEL 215.238.8600
FAX 215.238.8570
EMAIL apannell@ohl.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).      To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| CONCORDIA | 1151 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Agadir | NEWARK, USA | |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7960 PACKAGES<br><br>TANGERINE CLEMENTINE<br><br>21 PALLETS<br><br>NET WEIGHT: 18308 KGS<br><br>PONU4824668  ML-MA0437584  40 REEF 9'6  7960 PACKAGES  23985.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23985.000 KGS | 34.000 CBM |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| Shipped on Board Date ( Local Time )<br>2011-12-26 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC   MAEU

B/L No. 556017319

| Shipper | Booking No. |
|---|---|
| DOMAINE ELBOURA BP: 259 TAROUDANT 83000 MOROCCO TEL (212) 28 85 24 43 FAX (212 )28 85 23 06 | 556017319 |

Export references

Svc Contract
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL DBA
SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
EMAIL : SMARUJO@TLCINTL-SEVENSEAS.COM

**Notify Party**
BARTHCO INTERNATIONAL, INC
THE NAVY YARD 5101 S, BROAD STREET
PHILADELPHIA, PA 19112
TEL : 215.238.8600 FAX : 215.238.8570
EMAIL : APANNELL@OHL.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| REECON WHALE | 1111 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Agadir | Newark | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7980 PACKAGES TANGERINE CLEMENTINE 21 PALLETS NET WEIGHT: 18354 KGS MWCU6578780  ML-MA0437581  40 REEF 9'6  7980 PACKAGES  24280.000 KGS  34.000 CBM Temperature: 0.0 C SHIPPER'S LOAD, STOW, WEIGHT AND COUNT FREIGHT PREPAID CY/CY | 24280.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 1 container | Agadir | |
| Shipped on Board Date ( Local Time ) 2012-01-05 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

Maersk Maroc, S.A.
As Agent(s) for the Carrier

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

SCAC  MAEU

B/L No. 556037531

| | |
|---|---|
| Shipper<br>DOMAINE ELBOURA<br>BP: 259 TAROUDANT 83000 MOROCCO<br>TEL (212) 28 85 24 43<br>FAX (212 )28 85 23 06 | Booking No.<br>556037531 |
| | Export references<br>548431 |
| Consignee<br>TOM LANGE COMPANY INTERNATIONAL DBA<br>SEVEN SEAS FRUIT<br>ONE WOODBRIDGE CENTER<br>SUITE # 205 WOODBRIDGE, NJ 07095<br>TEL 732.634.1109 FAX 732.634.3299<br>EMAIL : SMARUJO@TLCINTL-SEVENSEAS.COM | This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. |
| Notify Party<br>BARTHCO INTERNATIONAL, INC<br>THE NAVY YARD 5101 S, BROAD STREET<br>PHILADELPHIA, PA 19112<br>TEL : 215.238.8600 FAX : 215.238.8570<br>EMAIL : APANNELL@OHL.COM | Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence. |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Vessel<br>REECON WHALE | Voyage<br>1111 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading<br>Agadir | Port of Discharge<br>NEWARK, USA | Place of Delivery. Applicable only when document used as Multimodal Waybill |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7960 PACKAGES<br><br>TANGERINE CLEMENTINE<br><br>21 PALLETS<br><br>NET WEIGHT: 18308 KGS<br><br>MWCU6579615  ML-MA0437580  40 REEF 9'6  7960 PACKAGES  23787.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23787.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Agadir | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2012-01-05 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

Maersk Maroc, S.A.
As Agent(s) for the Carrier

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| | B/L No. | 556037457 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL (212) 28 85 24 43
FAX (212 )28 85 23 06

**Booking No.**
556037457

**Export references**

Svc Contract
548431

**Consignee**
TOM LANGE COMPANY INTERNATIONAL DBA
SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER
SUITE # 205 WOODBRIDGE, NJ 07095
TEL 732.634.1109 FAX 732.634.3299
EMAIL : SMARUJO@TLCINTL-SEVENSEAS.COM

**Notify Party**
BARTHCO INTERNATIONAL, INC
THE NAVY YARD 5101 S, BROAD STREET
PHILADELPHIA, PA 19112
TEL : 215.238.8600 FAX : 215.238.8570
EMAIL : APANNELL@OHL.COM

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** REECON WHALE | **Voyage** 1111 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| **Port of Loading** Agadir | **Port of Discharge** Newark | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Sald to Contain 7660 PACKAGES<br><br>TANGERINE CLEMENVILLA<br><br>21 PALLETS<br><br>NET WEIGHT: 17618 KGS<br><br>MWMU6328749  ML-MA0437289   40 REEF 9'6  7660 PACKAGES   23606.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23606.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Agadir | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| Shipped on Board Date ( Local Time )<br>2012-01-05 | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

**Maersk Maroc, S.A.**
As Agent(s) for the Carrier

COPY

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| | B/L No. | 556107934 |

**Shipper**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MAROC
TEL (212) 28 85 24 43
FAX (212 )28 85 23 06

**Booking No.**
556107934

**Export references**

**Svc Contract**
548431

**Consignee**
Tom Lange Company International DBA
Seven Seas Fruit One Woodbridge Center
Suite # 205 Woodbridge, NJ 07095
TEL 732.634.1109
FAX 732.634.3299
E-mail :smarujo@tlcintl-sevenseas.com

**Notify Party**
BARTHCO INTERNATIONAL, Inc
The Navy Yard 5101 S, Broad Street
Philadelphia, PA 19112
TEL.   215.238.8600
FAX.   215.238.8570
E-mail.  apannell@ohl.com

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel REECON WHALE | Voyage 1201 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| Port of Loading Agadir | Port of Discharge NEWARK, USA | Place of Delivery. Applicable only when document used as Multimodal Waybill |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 7680 PACKAGES<br><br>TANGERINE CLEMENVILLA<br><br>21 PALLETS<br><br>NET WEIGHT: 17,664 KGS<br><br>MWMU6391839  ML-MA0442873  40 REEF 9'6  7680 PACKAGES  23076.000 KGS  34.0000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23076.000 KGS | 34.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier.<br>1 container | Place of Issue of Waybill<br>Chennal | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

VERIFY COPY

## MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| --- | --- | --- |
| | B/L No. | 556107951 |

| | |
| --- | --- |
| **Shipper**<br>DOMAINE ELBOURA<br>BP: 259 TAROUDANT 83000 MAROC<br>TEL (212) 28 85 24 43<br>FAX (212 )28 85 23 06 | **Booking No.**<br>556107951 |
| | **Export references** <br><br>**Svc Contract**<br>548431 |

| **Consignee**<br>Tom Lange Company International DBA<br>Seven Seas Fruit One Woodbridge Center<br>Suite # 205 Woodbridge, NJ 07095<br>TEL 732.634.1109<br>FAX 732.634.3299<br>E-mail :smarujo@tlcintl-sevenseas.com | This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing. |
| **Notify Party**<br>BARTHCO INTERNATIONAL, Inc<br>The Navy Yard 5101 S, Broad Street<br>Philadelphia, PA 19112<br>TEL   215.238.8600<br>FAX    215.238.8570<br>E-mail   apannell@ohl.com | Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.<br><br>Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| **Vessel**<br>REECON WHALE | **Voyage**<br>1201 | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| **Port of Loading**<br>Agadir | **Port of Discharge**<br>Newark | Place of Delivery. Applicable only when document used as Multimodal Waybill |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 7820 PACKAGES<br><br>TANGERINE CLEMENTINE<br><br>21 PALLETS<br><br>NET WEIGHT: 17986 KGS<br><br>PONU4853389  40 REEF 9'6  7820 PACKAGES  23498.000 KGS  34.0000 CBM<br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 23498.000 KGS | 34.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| **Carrier's Receipt.** Total number of containers or packages received by Carrier.<br>1 container | **Place of Issue of Waybill**<br>Chennai | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
| **Shipped on Board Date ( Local Time )** | **Date Issue of Waybill** | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | Signed for the Carrier A.P. Møller - Mærsk trading as Maersk Line<br><br><br>As Agent(s) for the Carrier |

VERIFY COPY

EXHIBIT C

Exhibit "C" Specifics of Claims in Counts Five and Six

Claims of El Boura and Seven Seas against MSC, John Doe Defendants and Vessels MSC MAYA and MSC ELA
Port of Loading: Agadir
Port of Discharge: New York

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure /Loading Date | Estimated Delivery/ Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| MEDU 9120062 | MSC MSCUCA221674 | 1112 | El Boura/ Seven Seas | 4750 Pkgs Clementines | "MSC MAYA" / "MSC ELA" | Jan 19, 2012 | Feb. 15, 2012 | $15,432.91 |
| MSCU 7373888 | MSC MSCUCA221658 | 1112 | El Boura/ Seven Seas | 7800 Pkgs Clementines | "MSC MAYA" / "MSC ELA" | Jan. 19, 2012 | Feb. 15, 2012 | $10,140.50 |
| TRIU 8916055 | MSC MSCUCA221641 | 1112 | El Boura/ Seven Seas | 7840 Pkgs Clementines | "MSC MAYA" / "MSC ELA" | Jan. 19, 2012 | Feb. 15,2012 | $6,995.82 |
| Total | | | | | | | | $32,569.23 |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A. 40, avenue Eugène Pittard, 1206 GENEVA, Switzerland Tel: +41 22 703 8888   Fax: +41 22 703 8787 Website : www.mscgva.ch |  SCAC Code: MSCU | **SEA WAYBILL No.**   MSCUCA221674 |
|---|---|---|

| | **NON-NEGOTIABLE COPY** | "Port-to-Port" or "Combined Transport" (see Clause 1) |
|---|---|---|

| NO. & SEQUENCE OF SEA WAYBILLS 0/ZERO | NO. OF RIDER PAGES NIL |
|---|---|

SHIPPER:
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL: (212) 528 85 24 43
FAX: (212) 528 8523 06

CARRIER'S AGENTS ENDORSEMENTS: (include Agent(s) at POD)
FCL/FCL
FREE IN/FREE OUT STOWED
Lloyds/Imo number = 8714190
DESTINATION AGENT ADDRESS:
(AT 37TH STREET) - 8TH FLOOR
NEW YORK, N.Y. 10018-2702
info@msc.us
+1 212 764 8592
+1 212 764 4800

CONSIGNEE: This B/L is not negotiable unless marked "To Order" or "To Order of..." here.
TOM LANGE COMPANY INETRNATIONAL DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER - SUITE # 205
WOODBRIDGE, NJ 07095
TEL: 732.634.1109 FAX: 732.634.3299
E-MAIL: SMARUJO@TLCINTL-SEVENSEAS.COM

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
BARTHCO INTERNATIONAL, INC
THE NAVY YARD 5101 S, BROAD STREET PHILADELPHIA, PA 19112
TEL: 215.238.8600 - FAX: 215.238.8570
E-MAIL: APANNELL@OHL.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) MSC MAYA 109R | PORT OF LOADING AGADIR | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) XXXXXXXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF.        (or)          SHIPPER'S REF. 230MXA17448 | PORT OF DISCHARGE NEW YORK | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5.2) XXXXXXXXXXXXXXXXXXXXX |

P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | 1x 40' CNTR(S) 20 PALLETS - 4 750 PACKAGES OF TANGERINE CLEMENVILLA NET WEIGHT: 19 556,00 KGS | | |
| | GOODS SHIPPED IN REFRIGERATED CONTAINER SET AT SHIPPER'S REQUESTED, CARRYING TEMPERATURE OF 0° DEGREE CELSIUS FREIGHT PREPAID | | |
| MEDU9120062/40'HR TARE: 4300 kg Seal:060365 | CY/CY 4750 PACKAGES Temp. 0C | 23720,000 kg | |
| TOTAL TARE: 4300,00 kg | EXPRESS BILL                    TOTALS: | 23720,000 kg | |

| FREIGHT & CHARGES            Cargo shall not be delivered unless Freight & Charges are paid (see Clause 16). | RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable.   IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF THE GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND THE TERMS AND THE CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER. Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorised representatives.  This Sea Waybill is not a document of title to the Goods and delivery will be made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorisation at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill. IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill. |
|---|---|

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1) 1 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A. MSC CASABLANCA |
|---|---|---|
| PLACE AND DATE OF ISSUE AGADIR, 21/01/2012 | SHIPPED ON BOARD DATE 21/01/2012 | |

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详请见网站

| **m** **MEDITERRANEAN SHIPPING COMPANY S.A.** | **SEA WAYBILL No.** | **MSCUCA221658** |
|---|---|---|

**MEDITERRANEAN SHIPPING COMPANY S.A.**
40, avenue Eugène Pittard, 1206 GENEVA, Switzerland
Tel: +41 22 703 8888   Fax: +41 22 703 8787
Website : www.mscgva.ch

SCAC Code: MSCU

**SEA WAYBILL No.   MSCUCA221658**

**NON-NEGOTIABLE COPY**    "Port-to-Port" or "Combined Transport" (see Clause 1)

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0/ZERO | NIL |

**SHIPPER:**
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL: (212) 528 85 24 43
FAX: (212) 528 8523 06

**CARRIER'S AGENTS ENDORSEMENTS:** (Include Agent(s) at POD)
FCL/FCL
FREE IN/FREE OUT STOWED
Lloyds/Imo number = 8714190
DESTINATION AGENT ADDRESS:
(AT 37TH STREET) - 8TH FLOOR
NEW YORK, N.Y. 10018-2702
info@msc.us
+1 212 764 8592
+1 212 764 4800

**CONSIGNEE:** This B/L is not negotiable unless marked "To Order" or "To Order of..." here.
TOM LANGE COMPANY INETRNATIONAL DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER - SUITE # 205
WOODBRIDGE, NJ 07095
TEL: 732.634.1109 FAX: 732.634.3299
E-MAIL:SMARUJO@TLCINTL-SEVENSEAS.COM

**NOTIFY PARTIES:** (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
BARTHCO INTERNATIONAL, INC
THE NAVY YARD 5101 S, BROAD STREET PHILADELPHIA, PA 19112
TEL: 215.238.8600 - FAX: 215.238.8570
E-MAIL: APANNELL@OHL.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC MAYA 109R | AGADIR | XXXXXXXXXXXXXXXXXXXXX |

| BOOKING REF.          (or)          SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| 230MXA17446 | NEW YORK | XXXXXXXXXXXXXXXXXXXXX |

**P A R T I C U L A R S   F U R N I S H E D   B Y   T H E   S H I P P E R - N O T   C H E C K E D   B Y   C A R R I E R - C A R R I E R   N O T   R E S P O N S I B L E** (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | 1x 40' CNTR(S)<br>21 PALLETS - 7 800 PACKAGES<br><br>NET WEIGHT: 17 940,00 KGS<br>GOODS SHIPPED IN REFRIGERATED CONTAINER SET AT SHIPPER'S REQUSETED, CARRIAGE TEMPERATURE OF 0° DEGREE CELSIUS<br><br>FREIGHT PREPAID | | |
| MSCU7373888/40'HR<br>TARE: 4690 kg<br>Seal:060455 | CY/CY<br>7800 PACKAGES<br>Temp. 0C | 23449,000 kg | |
| TOTAL TARE: 4690,00 kg | EXPRESS BILL                    TOTALS: | 23449,000 kg | |

| FREIGHT & CHARGES | Cargo shall not be delivered unless Freight & Charges are paid (see Clause 16). | |
|---|---|---|

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of other packages or units indicated in the box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable.  IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF THE GOODS AND THE MERCHANT, AND WARRANTS THAT HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND THE TERMS AND THE CONDITIONS OF THE CARRIER S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.

Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorised representatives.  This Sea Waybill is not a document of title to the Goods and delivery will be made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorisation at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.

IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill.

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>1 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br><br>MSC CASABLANCA |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>AGADIR, 21/01/2012 | SHIPPED ON BOARD DATE<br>21/01/2012 | |

Sea Waybill Standard Edition - 12/2007          TERMS CONTINUED ON REVERSE ↵

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 提单的条款和条件详询见网站

## MEDITERRANEAN SHIPPING COMPANY S.A.
40, avenue Eugène Pittard, 1206 GENEVA, Switzerland
Tel: +41 22 703 8888 · Fax: +41 22 703 8787
Website : www.mscgva.ch

SCAC Code: MSCU

| SEA WAYBILL No. | MSCUCA221641 |
|---|---|
| NON-NEGOTIABLE COPY | "Port-to-Port" or "Combined Transport" (see Clause 1) |

| NO. & SEQUENCE OF SEA WAYBILLS | NO. OF RIDER PAGES |
|---|---|
| 0/ZERO | NIL |

SHIPPER:
DOMAINE ELBOURA
BP: 259 TAROUDANT 83000 MOROCCO
TEL: (212) 528 85 24 43
FAX: (212) 528 8523 06

CARRIER'S AGENTS ENDORSEMENTS: (Include Agent(s) at POD)
FCL/FCL
FREE IN/FREE OUT STOWED
Lloyds/Imo number = 8714190
DESTINATION AGENT ADDRESS:
(AT 37TH STREET) - 8TH FLOOR
NEW YORK, N.Y. 10018-2702
info@msc.us
+1 212 764 8592
+1 212 764 4800

CONSIGNEE: This B/L is not negotiable unless marked "To Order" or "To Order of..." here.
TOM LANGE COMPANY INETRNATIONAL DBA SEVEN SEAS FRUIT
ONE WOODBRIDGE CENTER - SUITE # 205
WOODBRIDGE, NJ 07095
TEL: 732.634.1109 FAX: 732.634.3299
E-MAIL: SMARUJO@TLCINTL-SEVENSEAS.COM

NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)
BARTHCO INTERNATIONAL, INC
THE NAVY YARD 5101 S, BROAD STREET PHILADELPHIA, PA 19112
TEL: 215.238.8600 - FAX: 215.238.8570
E-MAIL: APANNELL@OHL.COM

| VESSEL & VOYAGE NO. (see Clauses 8 & 9) | PORT OF LOADING | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| MSC MAYA 109R | AGADIR | XXXXXXXXXXXXXXXXXXXX |

| BOOKING REF.          (or)          SHIPPER'S REF. | PORT OF DISCHARGE | PLACE OF DELIVERY: (Combined Transport ONLY - see Clauses 1 & 5.2) |
|---|---|---|
| 230MXA17445 | NEW YORK | XXXXXXXXXXXXXXXXXXXX |

PARTICULARS  FURNISHED  BY  THE  SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods (Continued on attached Sea Waybill Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | 1x 40'  CNTR(S)<br>21 PALLETS - 7 840 PACKAGES OF TANGERINE CLEMENVILLA<br>NET WEIGHT: 18 032,00 KGS<br><br>GOODS SHIPPED IN REFRIGERATED CONTAINER SET AT SHIPPER'S REQUESTED, CARRYING TEMPERATURE OF 0° DEGREE CELSIUS<br>FREIGHT PREPAID | | |
| TRIU8916055/40'HR<br>TARE: 4000 kg<br>Seal:060368 | CY/CY<br>7840 PACKAGES<br>Temp. 0C | 23821,000 kg | |
| TOTAL TARE: 4000,00 kg | | 23821,000 kg | |
| | EXPRESS BILL | TOTALS: | |

| FREIGHT & CHARGES | Cargo shall not be delivered unless Freight & Charges are paid (see Clause 16). | RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise stated herein the total number or quantity of containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage subject to all the terms hereof from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS SEA WAYBILL THE SHIPPER EXPRESSLY ACCEPTS AND AGREES TO, ON HIS OWN BEHALF AND ON BEHALF OF THE CONSIGNEE, THE OWNER OF THE GOODS AND THE MERCHANT, AND WARRANTS HE HAS AUTHORITY TO DO SO, ALL THE TERMS AND CONDITIONS WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS AND ON THE REVERSE SIDE AND THE TERMS AND THE CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE SHIPPER.<br><br>Unless instructed otherwise in writing by the Shipper delivery of the Goods will be made only to the Consignee or his authorised representatives.  This Sea Waybill is not a document of title to the Goods and delivery will be made, after payment of any outstanding Freight and charges, only on provision of proper proof of identity and of authorisation at the Port of Discharge or Place of Delivery, as appropriate, without the need to produce or surrender a copy of this Sea Waybill.<br><br>IN WITNESS WHEREOF the Carrier, Master or their Agent has signed this Sea Waybill. |
|---|---|---|

| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>1 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br><br>MSC CASABLANCA |
|---|---|---|
| PLACE AND DATE OF ISSUE<br>AGADIR, 21/01/2012 | SHIPPED ON BOARD DATE<br>21/01/2012 | |

Sea Waybill Standard Edition - 12/2007          TERMS CONTINUED ON REVERSE  J

# EXHIBIT D

Exhibit "D" Specifics of Claims in Counts Seven and Eight

Claims of Limouna  Souss and Seven Seas against Maersk, John Doe Defendants and vessels
REECON WHALE, K-WAVE, AND MAERSK VIRGINIA
Port of Loading: Agadir
Port of Discharge: Newark

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure/ Loading Date | Estimated Delivery/ Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| MWCU 5200096 | Maersk 555608174 | 1088 | Limouna Souss/Seven Seas | 7560 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 22, 2011 | Dec. 21, 2011 | $4,177.25 |
| MWCU 6704492 | Maersk 555627656 | 1088 | Limouna Souss/Seven Seas | 7560 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 22, 2011 | Dec. 21, 2011 | $5,563.68 |
| Total | | | | | | | | $9,740.93 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| SCAC | MAEU |
|---|---|
| B/L No. | 555608174 |

**Shipper**
LIMOUNA SOUSS
SEBT EL GUERDANE B.P 240
TAROUDANT  MOROCCO

**Booking No.**
555608174

**Export references**

**Svc Contract**
545787

**Consignee**
TOM LANGE CO
1 Woodbridge
Ctr Suite 260 Woodbridge
NJ 07095
Phone : 732 634 11 09
Fax : 732 634 3299

**Notify Party**
TOM LANGE CO
1 Woodbridge
Ctr Suite 260 Woodbridge
NJ 07095
Phone : 732 634 11 09
Fax : 732 634 3299

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).    To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| REECON WHALE | 1105 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Agadir | Newark | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 42 BOXES | 19398.000 KGS | 34.000 CBM |

1 Container Said to Contain 42 BOXES

FRESH CLEMENTINE
42   PLTS

NET WEIGTHT:17388 KGS

MWCU5200096  ML-MA0441917  40 REEF 9'6  42 BOXES  19398.000 KGS  34.000 CBM
Temperature: 0.0 C
Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold harmless and indemnify carrier for any and all consequences arising from or out of goods being

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
|---|---|---|
| 1 container | Agadir | |

| Shipped on Board Date ( Local Time ) | Date Issue of Waybill |
|---|---|
| 2011-11-24 | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

**Maersk Maroc, S.A.**
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# MAERSK LINE

| NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
| --- | --- | --- |
| | B/L No. | 555627656 |

| Shipper | Booking No. |
| --- | --- |
| LIMOUNA SOUSS<br>SEBT EL GUERDANE B.P 240<br>TAROUDANT MOROCCO | 555627656 |

| | Export references | Svc Contract |
| --- | --- | --- |
| | | 545787 |

| Consignee |
| --- |
| TOM LANGE CO<br>1 Woodbridge<br>Ctr Suite 260 Woodbridge<br>NJ 07095<br>Phone : 732 634 11 09<br>Fax : 732 634 3299 |

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the current, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).   To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

| Notify Party | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| --- | --- |
| TOM LANGE CO<br>1 Woodbridge<br>Ctr Suite 260 Woodbridge<br>NJ 07095<br>Phone : 732 634 11 09<br>Fax : 732 634 3299 | |

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| REECON WHALE | 1105 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| --- | --- | --- |
| Agadir | Newark | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 1 Container Said to Contain 7560 BOXES<br><br>FRESH CLEMENTINE<br>NET WEIGHT: 17388 KGS<br>LOADED ON 42    PLTS<br><br>MWCU6704492  ML-MA0441918  40 REEF 9'6  7560 BOXES  19398.000 KGS  34.000 CBM<br>Temperature: 0.0 C<br>Goods carried under this bill of lading are subject to cold treatment for which a fee is being charged.  For such goods, carrier undertakes to exercise due diligence to provide properly approved containers and temperature measuring and recording devices.  Carrier retains the right to complete cold treatment procedure if cold treatment has failed in the first instance and where the practical storage life of the commodity allows Carrier to complete cold treatment and Merchant agrees to take delivery of the container/commodity when the extended cold treatment has been completed.  Further Merchant agrees to hold harmless and indemnify carrier for any and all consequences arising from or out of goods being | 19398.000 KGS | 34.000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled  "Carrier's Receipt" |
| --- | --- | --- |
| 1 container | Agadir | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2011-11-24 | | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

Signed for the Carrier A.P. Maller - Maersk trading as Maersk Line

Maersk Maroc, S.A.
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

B/L: 555627656        Attachment No.:    1/1

carried at the applicable Protocol temperature.
Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT
FREIGHT PREPAID
CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# EXHIBIT E

Exhibit 'E' Specifics of Claims in Counts Nine and Ten

Claims of SWF and Seven Seas against Maersk, John Doe Defendants, and Vessels REECON
WHALE, K-WAVE, MAERSK VIRGINIA, WESTERTAL, MAERSK JURONG, CONCORDIA,
AND MAERSK JUBAIL
Port of Loading: Agadir
Port of Discharge: Newark

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure/ Loading Date | Estimated Delivery/ Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| MWCU 5231672 | Maersk 555574868 | 1086 | SWF/ Seven Seas | 7940 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 16, 2011 | Dec. 21, 2011 | $13,815.50 |
| MWCU 5336945 | Maersk 555575036 | 1086 | SWF/ Seven Seas | 7960 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 16, 2011 | Dec. 21, 2011 | $2,160.80 |
| MWCU 6563835 | Maersk 555577463 | 1086 | SWF/ Seven Seas | 7920 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 16, 2011 | Dec. 21, 2011 | $12,957.80 |
| MWCU 6706108 | Maersk 555575039 | 1086 | SWF/ Seven Seas | 7940 Pkgs Clementines | "REECON WHALE" / "K-WAVE" / "MAERSK VIRGINIA" | Nov. 16, 2011 | Dec. 21, 2011 | $3,125.55 |
| MWCU 6536906 | Maersk 555905502 | 1106 | SWF/ Seven Seas | 7900 Pkgs Clementines | "REECON WHALE" / "WESTERTAL" | Dec. 25, 2011 | Jan 27, 2012 | $ 9,225.69 |
| MWCU 6599355 | Maersk 555905476 | 1106 | SWF/ Seven Seas | 7880 Pkgs Clementines | "REECON WHALE" / "WESTERTAL" | Dec. 25, 2011 | Jan. 27, 2012 | $10,194.37 |
| MWMU6375606 | Maersk 555905479 | 1106 | SWF/ Seven Seas | 7900 Pkgs Clementines | "REECON WHALE" / "WESTERTAL" | Dec. 25, 2011 | Jan 25, 2012 | $13,158.97 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PONU4833042 | Maersk 555905521 | 1106 | SWF/ Seven Seas | 7920 Pkgs Clementines | "REECON WHALE" / "MAERSK JURONG" | Dec. 25, 2011 | Feb. 11, 2012 | $19,738.20 |
| PONU4868455 | Maersk 555905541 | 1106 | SWF/ Seven Seas | 7920 Pkgs Clementines | "REECON WHALE" / "WESTERT AL" | Dec. 25, 2011 | Jan. 27, 2012 | $6,679.20 |
| MWMU6445961 | Maersk 556138457 | 1114 | SWF/ Seven Seas | 1400 Pkgs Clementines | "CONCOR DIA" / "MAERSK JUBAIL" | Jan 23, 2012 | Feb. 8, 2012 | $14,490.10 |
| Total | | | | | | | | $105,546.18 |

# MAERSK LINE

**NON-NEGOTIABLE WAYBILL**

| SCAC | MAEU |
|---|---|
| B/L No. | 556138457 |

**Shipper**
SOUTH WESTERN FRUIT
5,BOULEVARD ABDELLATIF BEN KADDOUR
20100 CASABLANCA MAROC
TEL:+212522390327/34
FAX:+212522390293

Booking No.
556138457

Export references

Svc Contract
548248

**Consignee**
TOM LANGE COMPANY INTERNATIONAL
DBA SEVEN SEAS FRUIT
1 WOODBRIDGE CENTER
SUITE 260  WOODBRIDGE,NJ07095
TEL 732.634.1109
FAX 732.634.3299

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis).     To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.
Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

**Notify Party**
BARTHCO INTERNATIONAL,INC
THE NAVY YARD
5101 S. BROAD STREET
PHILADELPHIA A 19112
TEL : 215.238.8600
FAX : 215.238.8570

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Vessel | Voyage | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| CONCORDIA | 1203 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Waybill |
| Agadir | Newark | |

**PARTICULARS FURNISHED BY SHIPPER**

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 1400 COLIS<br><br>CLEMENTINE NOUR<br>20 PALLETS<br><br>MWMU6445961  ML-MA0441352  40 REEF 9'6  1400 COLIS  24541.000 KGS  34.0000 CBM<br><br>Temperature: 0.0 C<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br>FREIGHT PREPAID<br>CY/CY | 24541.000 KGS | 34.0000 CBM |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| 1 container | Chennai | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill | |
| 2012-01-23 | | |

Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$

Signed for the Carrier A.P. Møller - Maersk trading as Maersk Line

As Agent(s) for the Carrier

VERIFY COPY

# EXHIBIT F

Exhibit 'F" Specifics of Claims in Counts Eleven and Twelve

Claims of SWF and Global against Maersk, John Doe Defendants and vessels REECON WHALE,
WESTERTAL, CMA-CGM LAVENDER AND CAMELLIA
Port of Loading: Agadir
Port of Discharge: Newark
Place of Delivery: Toronto

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure/ Loading Date | Est. Delivery/ Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| MWCU 6651999 | Maersk MAEU 555986586 | | SWF/ Global Fresh | 7980 Pkgs Clementines | REECON WHALE/ WESTER TAL | | Jan. 11, 2012 | $15,456.32 |
| GESU 9094010 | Maersk MAEU 555888481 | | SWF/ Global Fresh | 7980 Pkgs Clementines | REECON WHALE/ CMA-CGM LAVEND ER | | Jan. 22, 2012 | $20,941.90 |
| MWCU 6291953 | Maersk 555800149 or 555800148 | | SWF/ Global Fresh | 7980 pkgs Clementines | CAMELL IA | | Jan. 12, 2012 | $21,117.92 |
| Total | | | | | | | | $57,516.14 |

# EXHIBIT G

Exhibit "G" Specifics of Claims in Counts Thirteen and Fourteen
Claims of SWF and Global against MSC, John Doe Defendants and vessel MSC MAYA
Port of Loading: Agadir
Port of Discharge: Montreal
Place of Delivery: Toronto

| Container # | Carrier and Bill of Lading # | Lot # | Shipper/ Consignee | Cargo | Vessels | Estimated Departure/ Loading Date | Est. Delivery /Survey Date | Estimated Loss |
|---|---|---|---|---|---|---|---|---|
| CRXU 6952824 | MSC MSCUCA 217805 | | SWF/ Global Fresh | 7980 Pkgs Clementines | MSC Maya | Dec. 10, 2011 | | $15,456.32 |
| Total | | | | | | | | $15,456.32 |

-52-

See website for large version of the reverse | Ver página Web para términos y condiciones | Смотрите веб-сайт для ознакомления с условиями и положениями | 批准的条款和条件请洽阅网址 | www.mscgva.ch

| **msc** MEDITERRANEAN SHIPPING COMPANY S.A.<br>40, avenue Eugène Pittard, 1206 GENEVA, Switzerland<br>Tel: +41 22 703 8888   Fax: +41 22 703 8787<br>Website : www.mscgva.ch | **BILL OF LADING No.** MSCUCA217805 |
|---|---|
| | **NON-NEGOTIABLE COPY** "Port-to-Port" or "Combined Transport" (see Clause 1) |
| SCAC Code: MSCU | NO. & SEQUENCE OF ORIGINAL B/L's<br>0/ZERO | NO. OF RIDER PAGES<br>NIL |

| | |
|---|---|
| SHIPPER:<br>SOUTH WESTERN FRUIT<br>5, BOULEVARD ABDELLATIF BEN KADDOUR<br><br>CASABLANCA | CARRIER'S AGENTS ENDORSEMENTS: (include Agent(s) at POD)<br>FCL/FCL<br>FREE IN/FREE OUT STOWED<br>Lloyds/imo number = 8714190<br>DESTINATION AGENT ADDRESS:<br>360, St. Jacques Street, Suite 900<br>MONTREAL QUEBEC H2Y 1P5<br>msccanada@mscca.mscgva.ch<br>+1 514 844 4272<br>+1 514 844 3711 |
| CONSIGNEE: This B/L is not negotiable unless marked "To Order" or "To Order of..." here.<br>TOM LANGE (CANADA) INC<br>DBA GLOBAL FRESH IMPORT & EXPORT<br>165 THE QUEENSWAY #317 TORONTO<br>ON CANADA M8Y 1H8<br>TEL: 416.255.9880 - FAX: 416.255.7686 | |
| NOTIFY PARTIES: (No responsibility shall attach to the Carrier or to his Agent for failure to notify - see Clause 20)<br>GLOBAL FRESH IMPORT & EXPORT<br>165 THE QUEENSWAY #317 TORONTO<br>ON CANADA M8Y 1H8<br>TEL: 416.255.9880<br>FAX: 416.255.7686 | |

| VESSEL & VOYAGE NO. (see Clauses 8 & 9)<br>MSC MAYA 108R | PORT OF LOADING<br>AGADIR | PLACE OF RECEIPT: (Combined Transport ONLY - see Clauses 1 & 5.2)<br>XXXXXXXXXXXXXXXXXXXXXX |
|---|---|---|
| BOOKING REF.        (or)       SHIPPER'S REF<br>230MXA17108 | PORT OF DISCHARGE<br>MONTREAL | PLACE OF DELIVERY: (Combined Transpon ONLY - see Clauses 1 & 5.2)<br>TORONTO |

**PARTICULARS FURNISHED BY THE SHIPPER - NOT CHECKED BY CARRIER - CARRIER NOT RESPONSIBLE (see Clause 14)**

| Container Numbers, Seal Numbers and Marks | Description of Packages and Goods<br>(Continued on attached Bill of Lading Rider page(s), if applicable) | Gross Cargo Weight | Measurement |
|---|---|---|---|
| | 1x 40' CNTR(S)<br>21 PALLETS with 7 980 BOXES OF FRESH CLEMENTINE<br><br>GOODS SHIPPED IN REFRIGERATED CONTAINER SET AT SHIPPER'S REQUESTED, CARRYING TEMPERATURE OF 2° DEGREE CELSIUS<br><br>FREIGHT PREPAID | | |
| CRXU6952824/40'HR<br>TARE: 4700 kg<br>Seal:058772 | CY/CY<br>7980 BOXES<br>Temp. 2C | 22929,000 kg | |
| TOTAL TARE: 4700,00 kg | TOTALS: | 22929,000 kg | |

| FREIGHT & CHARGES          Cargo shall not be delivered unless Freight & Charges are paid (see Clause 16). | RECEIVED by the Carrier in apparent good order and condition (unless otherwise stated herein) the total number or quantity of Containers or other packages or units indicated in the box entitled Carrier's Receipt or Port of Loading to the Port of Discharge or Place of Delivery, whichever is applicable. IN ACCEPTING THIS BILL OF LADING THE MERCHANT EXPRESSLY ACCEPTS AND AGREES TO ALL THE TERMS AND CONDITIONS, WHETHER PRINTED, STAMPED OR OTHERWISE INCORPORATED ON THIS SIDE AND ON THE REVERSE SIDE OF THIS BILL OF LADING AND THE TERMS AND CONDITIONS OF THE CARRIER'S APPLICABLE TARIFF AS IF THEY WERE ALL SIGNED BY THE MERCHANT.<br><br>If this is a negotiable (To Order / of) Bill of Lading, one original Bill of Lading, duly endorsed must be surrendered by the Merchant to the Carrier (together with outstanding Freight and charges) in exchange for the Goods or a Delivery Order. If this is a non-negotiable (straight) Bill of Lading, the Carrier shall deliver the Goods or issue a Delivery Order (after payment of outstanding Freight and charges) against the surrender of one original Bill of Lading or in accordance with the national law at the Port of Discharge or Place of Delivery whichever is applicable.<br><br>IN WITNESS WHEREOF the Carrier or their Agent has signed the number of Bills of Lading stated at the top, all of this tenor and date, and wherever one original Bill of Lading has been surrendered all other Bills of Lading shall be void. |
|---|---|
| DECLARED VALUE (only applicable if Ad Valorem Charges paid - see Clause 7.3) | CARRIER'S RECEIPT (No. of Cntrs or Pkgs rcvd by Carrier - see Clause 14.1)<br>1 | SIGNED on behalf of the Carrier MSC Mediterranean Shipping Company S.A.<br><br>MSC CASABLANCA |
| PLACE AND DATE OF ISSUE<br>AGADIR, 11/12/2011 | SHIPPED ON BOARD DATE<br>10/12/2011 | |

Standard Edition - 12/2007                    TERMS CONTINUED ON REVERSE /

## VERIFICATION BY WAY OF UNSWORN DECLARATION

I am a member of the law firm of Mattioni, Ltd. counsel for the Plaintiffs, in this matter.

Plaintiffs are business entities and there are no authorized officers of the Plaintiffs readily available

in the District to make this verification; I am authorized to make this verification on behalf of

Plaintiffs; the facts set forth in the foregoing Complaint are true and correct to the best of my

knowledge, except as to matters therein stated upon information and belief, and as to these matters, I

believe them to be true; the sources of my information and the grounds of my belief are documents in

the possession of my firm and reports made to me by officers, employees, representatives and agents

of Plaintiffs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

Executed on: December 12, 2012

_____
Stephen J. Galati